## SEEWALD and others *v.* RAYNOLDS.

Filed January 18, 1886.

USURY—EFFECT ON CONTRACT.
 Following *Milligan* v. *Cromwell*, ante, 327, 9 Pac. Rep. 359.

Error to district court, San Miguel county.
*O'Brien & Pierce*, for plaintiff in error.
*Wm. Bresden*, for defendant in error.

BRINKER, J. This was an action in chancery to foreclose a mortgage. It was argued and submitted with the case of *Milligan* v. *Cromwell*, ante, 327. The facts are in all respects, except as to parties, property, and amount involved, the same as those in *Milligan* v. *Cromwell*. The principles considered therein under the first assignment of error apply to this case. For the reasons stated in that case the judgment herein should be affirmed, and it is so ordered.

LONG, C. J., and HENDERSON, J., concur.